**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ortsac Holdings, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Dan Fleyshman<br><br>                    Defendant. | Case No. EDCV 25-2839-KK-SSCx<br><br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that judgment is entered in favor of plaintiff Ortsac Holdings, LLC ("Plaintiff") against defendant Dan Fleyshman ("Defendant") as follows:

Pursuant to this Judgment, Defendant is **ORDERED** to pay Plaintiff damages in the amount of $4,585,601.94 from the date of entry of judgment in this action.  (JS-6)

Dated: January 30, 2026



_____

HONORABLE KENLY KIYA KATO
United States District Judge